

HUNTON & WILLIAMS LLP
200 PARK AVENUE
NEW YORK, NEW YORK 10166

TEL  212 • 309 • 1000
FAX  212 • 309 • 1100

JOSHUA S. PASTER
DIRECT DIAL: 212-309-1292
EMAIL: jpaster@hunton.com

January 17, 2013

**VIA ELECTRONIC CASE FILING**

Hon. Leonard D. Wexler
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

  Re: *Yaakov Katz, et al. v. Empire National Bank,*
    No. 2:12-CV-5224-LDW-GRB

Dear Judge Wexler:

  We represent Defendant Empire National Bank in the above-named action and write to notify the Court that the parties have agreed to settle this matter. As soon as the parties finalize and execute the settlement, they will file dismissal papers with the Court. In the interim, the parties respectfully request the Court stay all deadlines, and postpone any action on Defendant's pre-motion letter, filed January 7, 2013 [ECF No. 10]. Plaintiff consents to the filing of this Letter.

                 Respectfully submitted,

                 Joshua S. Paster

cc: Shimshon Wexler, Esq. (via ECF)
  John T. Gerhart, Esq. (via ECF)
  Grayson L. Linyard, Esq. (via ECF)